UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODERRICK MCFARLAND                                    CIVIL ACTION

VERSUS                                                 NO. 10-127

NELSON COLEMAN CORRECTIONAL                            SECTION: "B"(5)
CENTER, ET AL

## ORDER AND REASONS

For the following reasons, **IT IS ORDERED** that the Magistrate Judge's report and recommendations are **ADOPTED** as the opinion of the court, **OVERRULING** plaintiff McFarland's objections to the same. (See Record Document Numbers 4 and 5, respectively).[1]

In his objections, this *pro se* state court prisoner tenders amending allegations in a futile effort to overcome the frivolous allegations in his original §1983 complaint against his jailers. That tender merely restates the same allegations that the Magistrate Judge correctly found non-actionable under applicable binding case precedent.

Accordingly, the captioned action is **DISMISSED** as frivolous and for otherwise failing to state a claim on which relief may be granted. *Ashcroft v. Iqbal*, 129 S.Ct. 1939 (2009); *Bell Atlantic Corp. V. Twombly*, 550 U.S. 544, 127 S.Ct. 1955 (2007).

New Orleans, Louisiana, this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] We are grateful for the work on this case by John Arthur-Mensah, a Loyola University College of Law extern with our chambers.